UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN JOSEPH KELLY and SHERI LEE ANN KELLY

      Plaintiffs,

v.                                          Case No:   2:16-mc-20-FtM-99CM

BARACK OBAMA, JACOB LEW, WILLIAM WILKINS and ANY AND ALL UNKNOWN OTHERS,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiffs *pro se* John Joseph Kelly and Sheri Lee Ann Kelly's Motions for Entry of Default (Docs. #10, 11) filed on December 19, 2016.  After providing Plaintiffs the opportunity to show cause how this Court maintains jurisdiction over this action, the Court dismissed the case without prejudice for lack of subject-matter jurisdiction on August 15, 2016.  (Doc. #6).  The instant motions requests that default be entered because Defendants have failed to answer or otherwise appear.  As the Court has previously dismissed this action for lack of jurisdiction, the motions are denied.  Plaintiffs are informed that no further motions should be filed in this case as the Court has already denied a request for relief from judgment.  (Doc. #9).

Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1. Plaintiffs' Motion for Entry of Default (Doc. #10) is **DENIED**.

2. Plaintiffs' Motion for Entry of Default (Doc. #11) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of December, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record